

**esurance**
an *Allstate* company

August 28, 2018

Ed Zebersky
Zebersky & Payne LLP
110 SE 6th Street Suite 2150
Fort Lauderdale, FL 33301

**Re: Notice of Appraisal**

      **Claim Number :** FLA-0196302
      **Policy Number :** PAFL004200511
      **Insured**         : Richard Bettor
      **Date of Loss**  : 01/05/2016
      **In Regards to** : 2012 Volkswagen Passat SE, VIN#: 1VWBP7A32CC031465

Dear Mr. Zebersky,

We have received a copy of the lawsuit you filed on behalf of Mr. Richard Bettor against Esurance regarding Mr. Bettor's dispute as to the amount of his total loss settlement as it related the aforementioned vehicle. As such, Esurance is invoking its right to appraisal regarding Mr. Bettor's collision claim.

Specifically, Mr. Bettor's policy mandates appraisal once invoked, as follows:

    **APPRAISAL**

    **1.** If *"we"* and *"you"* do not agree on the amount of *"loss"*, either party may request:
        **A.** An appraisal of the *"loss"*; or
        **B.** Mediation in accord with the Mediation provision set forth in **Part VI: General Provisions Applicable to All Coverage**.
    If a request is made for Appraisal, each party will select a competent and impartial appraiser. The two appraisers will select an impartial and qualified umpire. Each appraiser will state separately the actual cash value and the amount of loss. In the event of a disagreement, they will submit their differences to the umpire. A decision agreed to by any two will be binding on each party. Each party will:
        **A.** Pay its chosen appraiser; and
        **B.** Bear the expenses of the appraisal and umpire equally.

    **2.** Neither party waives any rights under this policy by agreeing to an appraisal.



EXHIBIT A



You can find this clause under **Part IV- COVERAGE FOR PHYSICAL DAMAGE TO AN AUTO.**

Based on Esurance's invocation of the appraisal clause, both Mr. Bettor and Esurance will appoint and compensate a qualified appraiser to evaluate and estimate the claimed property damage. All other appraisal expenses will be shared equally. Each appraiser will be required to provide written documentation to support their actual cash value and the amount of loss. If the appraisers can not reach agreement, they'll submit their differences to an umpire that was mutually selected. A decision that is agreed upon by any two of these three persons will determine the amount that will be paid under Mr. Bettor's policy. At your earliest convenience, please advise me who Mr. Bettor will appoint as his appraiser. We are happy to discuss further at your convenience.

Sincerely,

Catherine Sutton
Unit Claims Manager
On behalf of Esurance Insurance Company
Phone: 813-676-6339
Fax: (800) 420-7957
Email: @esurance.com