UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 18-61860-CIV-MORENO

RICHARD BETTOR, on behalf of himself and
all others similarly situated,

   Plaintiff,

vs.

ESURANCE PROPERTY AND CASUALTY
INSURANCE COMPANY,

   Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS AND TO COMPEL APPRAISAL

THE MATTER was referred to the Honorable Barry S. Seltzer, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Compel Appraisal and Motion to Dismiss, filed on **October 8, 2018**. The Magistrate Judge filed a Report and Recommendation **(D.E. 29)** on **March 28, 2019**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Barry S. Seltzer's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Motion to Compel Appraisal and Motion to Dismiss is GRANTED and the Court compels the case to appraisal. This case is unlike *Lopez v. Progressive Select Ins. Co.*, No. 18-61844-CIV-Dimitrouleas, where the claims were not subject to appraisal. In this case, the Plaintiff is arguing that Defendant's across-the-board $945

deduction excludes this case from appraisal. As a remedy, Plaintiff requests the Court require the Defendant to readjust its claim without the deduction. This Court agrees with Magistrate Judge Seltzer that this case is about the amount of money owed to Plaintiff following his claim adjustment. There is no dispute that Esurance covered the claim, and the issue is the value of Plaintiff's automobile. The across-the-board deduction does not obviate this result. It is also

**ADJUDGED** that the case is DISMISSED without prejudice pending appraisal and all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___12___ of June 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Barry S. Seltzer

Counsel of Record